**FILED**

10/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0509

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No.: DA-24-0509

WENDY RAE WOLFE,

    Plaintiff/Appellant,

vs.

PHILIP M. WOLFE,

    Defendant/Appellee.

**On Appeal from the Eleventh Judicial District Court, Flathead County Consolidated Cause Nos.: DV-15-2023-0001417-QT**

**ORDER**

Angela M. LeDuc
Taylor R. Miller
Rocky Mountain Law Partners, P.C.
1830 3rd Avenue East, Suite 301
P. O. Box 1758
Kalispell, MT 59903-1758
Telephone:   (406) 314-6011
Facsimile:   (406) 314-6012
E-mail:      bruce@rmtlawp.com
             angie@rmtlawp.com
*Attorneys for Plaintiff/Appellant*

David G. Tennant
Montana Lawyer Services PLLC
33 Village Loop, Suite A
P.O. Box 2560
Kalispell, MT 59903
Telephone:   (406) 885-7017
david@montanalawyerservices.com
*Attorneys for Plaintiff/Appellee*

-1-

Based upon Appellant's Unopposed Motion for Extension of Time to file her Opening Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant shall file and serve her Opening Brief on or before November 9, 2024.

-2-

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 4 2024